UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NY FIRE WATER MOLD CORP., et al.,

                  Plaintiffs,

          -against-

NJNY FIRE WATER MOLD CORP., et al.,

                Defendants.

**<u>ORDER</u>**

26-CV-00545 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiffs NY Fire Water Mold Corp. and Brandon Marc Polichetti initiated this action by filing a complaint on January 21, 2026. (Doc. 1). On February 28, 2026 and March 8, 2026, Plaintiffs filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendants Toniann E. Cosentino and NJNY Fire Water Mold Corp. on February 10, 2026. (Docs. 8-9). On April 7, 2026, Plaintiffs obtained a Clerk's Certificate of Default as to Defendants NJNY Fire Water Mold Corp. and Tonnian E. Cosentino. (Doc. 13). Since Plaintiffs obtained a Clerk's Certificate of Default, there has been no activity on the docket.

By May 29, 2026, Plaintiffs shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why they should not pursue default judgment against Defendants NJNY Fire Water Mold Corp. and Tonnian E. Cosentino.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  White Plains, New York
         April 29, 2026

_____
Philip M. Halpern
United States District Judge