**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NY FIRE WATER MOLD CORP., et al.,

Plaintiffs,

26 **CIVIL** 0545 (PMH)

-against-

**DEFAULT JUDGMENT**

NJNY FIRE WATER MOLD CORP., et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated October 15, 2026, Plaintiffs' motion for a default judgment is GRANTED. Specifically, the motion is granted to the extent Plaintiffs are awarded: (1) actual damages in the amount of $1,115.04; (2) costs in the amount of $637.10; (3) attorneys' fees in the amount of $12,080.00; (4) post-judgment interest as calculated under 28 U.S.C. § 1961; and (5) a permanent injunction barring Defendants from any further infringement of Plaintiffs' mark, as set forth herein and the case is closed.

**DATED**: New York, New York
October 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**